(62 Misc. Rep. 35.)

PEOPLE ex rel. DILLON et al. v. MOIR, Village President.

(Supreme Court, Special Term, Onondaga County. December, 1908.)

ELECTIONS (§ 65*)—RIGHT OF WOMEN TO VOTE—MUNICIPAL ELECTIONS—ISSUE OF BONDS.

> At an election under Village Law (Laws 1897, p. 411, c. 414) § 128, on the proposition to issue bonds for village waterworks, the votes of women should not be received.

> [Ed. Note.—For other cases, see Elections, Cent. Dig. § 62; Dec. Dig. § 65.*]

Application by the People, on the relation of Charles Dillon and another, for a writ of mandamus against Edward Moir, as Village President. Motion denied.

Order affirmed 115 N. Y. Supp. 1138.

M. F. Dillon, for the motion.
Charles G. Baldwin, opposed.

ANDREWS, J. As this is an application for a peremptory writ of mandamus requiring the defendant, as president of the village of Marcellus, to sign certain bonds, all relevant statements in the answering affidavits must be accepted as true. Further, if the bonds, when signed, would be void because of defects in the proceedings authorizing their issuance, the writ should not be granted. People ex rel. Sherwood v. State Board of Canvassers, 129 N. Y. 360, 29 N. E. 345, 14 L. R. A. 646.

The bonds in this case are to pay for a public waterworks system for the village. Money may be borrowed in this way for that purpose, if such course is authorized by an election. Village Law (Laws 1897, p. 411, c. 414) § 128. Concededly such an election was held. The votes were canvassed, and resulted in 88 votes in favor of the proposition and 43 opposed. It is now said by the defendant that 57 of the affirmative votes were cost by women. This fact is alleged positively, and not on information and belief. The votes of women should not be received. They may vote on the question as to whether a village shall be incorporated (section 12), and also upon a proposition to raise money by tax or assessment or for the dissolution of the village (section 41). The proposition to bond does not come within any of these classes of cases. This objection may be raised in this proceeding. People ex rel. Smith v. Pease, 27 N. Y. 45, 84 Am. Dec. 242.

The motion must be denied, with $10 costs.

Motion denied, with $10 costs.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes